UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LEROY MOORE,

Plaintiff,

v.

Sergeant FUGELBURG, C/O JOHN DOE, Unite Manager ARDNT, Deputy Warden GOODRICH, and Warden O'DELL,

Defendants.

CIVIL NO. 02-416 (DWF/JMM)

ORDER

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated April 2, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's claims against Defendants Unit Manager Ardnt, Deputy Warden Goodrich and Warden O'Dell Prisons are dismissed pursuant to 28 U.S.C. § 1915A(b); and

2. Plaintiff's claims against Defendant Sergeant Fugelburg will be allowed to proceed at this time, without prejudice to any defenses that Defendant Fugelburg may later seek to raise.

Dated: April 24, 2002

DONOVAN W. FRANK
United States District Court Judge

FILED APR 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______