UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Leroy Moore,

Plaintiff,

vs.

Sergeant Fugleberg,

Defendants.

Civil No. 02-416 (JEL/FLN)

**ORDER**

---

Leroy Moore, *pro se*.
Sarah Crippen Madison for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on Plaintiff's Complaint for violation of his Civil Rights under 42 U.S.C. §1983, February 2, 2002.

## I. ORDER

Based upon the foregoing, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff provide a response to Defendant Fugelberg's Motion to dismiss or in the alternative, for summary judgment [#27] **on or before May 23, 2003**.

Dated: April 11, 2003

Franklin L. Noel
United States Magistrate Judge



FILED 4.14.03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK