UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Leroy Moore,

Plaintiff,

v.

Sergeant Fugleberg,

Defendant.

Civil 02-416 JNE/FLN

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 12, 2003, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for summary judgment [#15] is DENIED as moot;

2. Plaintiff's motion for entry of default judgment against defendant [#20] is DENIED as moot; and

3. Plaintiff's motion to dismiss Defendant's answer to Plaintiff's complaint [#23] is DENIED.

DATED: June 4, 2003

JUDGE JOAN N. ERICKSEN
United States District Court

FILED JUN 04 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS