CFS-1 V8.2
[rcptrec] 14 JUN 2004 - 11:34
-- Minnesota Receipt M
[A]DD
aintenance
REGISTER NO :400

CV02-416

RECEIPT NO :274799

RECEIPT SUB NO :1 RECEIPT TYPE: A
R RECEIPT DATE:06/14/04 RECEIPT AMT:
TENDER TYPE:2
9.36

FUND :5100PL CASE NO:
PAYMENT TYPE: DEFENDANT:

BANK CODE: BAN

K ACCOUNT:

VOUCHER NO : PAYOR NO:396788946
LEROY MOORE
SUB VOUCHER : VENDOR INV:5002004
16 BUDGET OBJ C
FY: BUDGET ORG:
LASS: SUB OBJ CLASS: REVENUE SOUR
COST ORG :

CE :
REMARKS:LEROY MOORE 0:02-CV-416/PAID BY
STATE OF WI
REMARKS:SUBSEQUENT PAYMENT ON INITIAL F
ILING FEE POSTED DATE:

**/**/** ERR CODE:0

SCANN
JUN 17
U.S. DISTRICT CO

06/11/2004 09:23
DOCL15

WISCONSIN DEPARTMENT OF CORRECTIONS
WAUPUN CORRECTIONAL INSTITUTION



C H E C K S T U B S U P P L E M E N T A L L I S T

ACCOUNT CODE : 1101
DESCRIPTION : GENERAL BANK
CHECK DATE : 06/11/2004
CHECK NUMBER : 180378
CHECK AMOUNT : $ 9.36

PAYEE NAME : CLERK U S DISTRICT COURT - MINNESOTA
PAYEE ADDRESS : 300 S 4TH STREET RM 202
MINNEAPOLIS MN 55415

RECEIVED
BY U.S. MAIL
2004 JUN 14 AM 10:06
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MN

| SUB ACNT | AMOUNT | NUMBER | SEQ | DATE | DESCRIPTION | INFORMATION NUMBER | ORIGINAL AMOUNT | DOC #/ ACCOUNT | OFFENDER NAME / ACCOUNT DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| REG | 0.48 | 006800226 | 756 | 03/18/2004 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 2.40 | 00285986 | MOORE, LEROY |
| REG | 0.80 | 006838718 | 756 | 04/01/2004 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 4.00 | 00285986 | MOORE, LEROY |
| REG | 0.80 | 006878129 | 738 | 04/15/2004 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 4.00 | 00285986 | MOORE, LEROY |
| REG | 0.80 | 006918417 | 751 | 04/29/2004 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 4.00 | 00285986 | MOORE, LEROY |
| REG | 0.80 | 006958331 | 821 | 05/13/2004 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 4.00 | 00285986 | MOORE, LEROY |
| REG | 0.80 | 006998882 | 827 | 05/27/2004 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 4.00 | 00285986 | MOORE, LEROY |
| REG | 0.08 | 007036308 | 847 | 06/10/2004 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 0.40 | 00285986 | MOORE, LEROY |
| REG | 4.80 | 007036723 | 002 | 06/10/2004 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 24.00 | 00285986 | MOORE, LEROY |