United States District Court
District Of Minnesota

LeRoy Moore
plaintiff

-v-

Civil NO. 02-416 (JEL/FLN)

Sergeant Fugelburg

## Motion For Court order

I, the plaintiff, LeRoy Moore, hereby asks this Court to Make the order of:

"The plaintiff can pay the remainder of the filing fee from his release account."

I the plaintiff, has sufficient funds in my release account to pay the remainder of the filing fee, but the business office in Green Bay Correctional Institution say they Need A Court Order to do so.

Therefore, I the plaintiff, asks this Court to Make the order giving Green Bay Correctional Institution the permission to pay the remainder of the filing fee from the plaintiff's release account.

Submitted this 21st day of June, 2004

Sincerely,

LeRoy Moore #285986

LeRoy Moore #285986

G.B.C.I

P.O. Box 19033

Green Bay, WI 54307

SCANNED
JUL 1 2004
U.S. DISTRICT COURT ST. PAUL

RECEIVED
BY MAIL
JUN 24 2004
CLERK, US DIST. COURT
ST. PAUL, MN

6/21/04

Dear
Clerk of Court

I am writing in Concern of the Case of "LeRoy Moore -v- Fugelburg" Case No 02-416 (JEL/FLN)

I am asking that you Make the call to Green Bay Correctional Institution Giving them permission to pay the remainder of the filing fee from the plaintiff (LeRoy Moore) release account.

The business office in Green Bay Correctional Institution say they need permission or A Court order from the Court to take the Money out of my release Account to pay the remainder of the filing fee.

Thank-you for your time
Sincerely
LeRoy Moore #285986
LeRoy Moore #285986

SCANNED
JUL 1 2004
U.S. DISTRICT COURT ST. PAUL

Mr. Leroy Moore #285986
Green Bay Correctional Institution
P.O. Box 19033
Green Bay, WI
54307

GREEN BAY WI 543
PM 22 JUN 2004

USA 37

United States District Court
District of Minnesota
Office of the Clerk
Room 700 Federal Building
316 North Robert Street
St. Paul, Minnesota 55101-1460

RECEIVED
BY MAIL
JUN 24 2004
CLERK, US DIST. COURT
ST. PAUL, MN

55101+1495

THIS LETT[illegible] MAILED
FROM THE [illegible]
SYSTEM N.C.M.

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.