UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LeRoy Moore,

Plaintiff,

v.

Sergeant Fugelburg, et al.,

Defendants.

Civil 02-416 JNE/FLN

O R D E R

---

The above matter is before the undersigned United States Magistrate Judge on Plaintiff's motion for court order [#48]. Based on a review of the motion, Plaintiff has not demonstrated that the Court has the authority to direct an institution to make payments that exceed the amounts prescribed in 28 U.S.C. §1915(b)(2). Therefore, IT IS HEREBY ORDERED that Plaintiff's motion to direct the Green Bay Correctional Institution to pay the remainder of the filing fee from the Plaintiff's release account is DENIED [#48].

DATED: July 13, 2004.

S/ *Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge