Mon Jul 26 11:55:32 2004

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 275728
Cashier sheri

Tender Type CHECK

Check Number: 089391

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 5100PL |

Amount $ 10.56

LEROY MOORE 02-CV-416/PAID BY STATE OF W
I, GREEN BAY CORREC INST.

SUBSEQUENT PAYMENT OF FILING FEE

SCANNED
JUL 28 2004
U.S. DISTRICT COURT ST. PAUL

39022889946



C H E C K  S T U B  S U P P L E M E N T A L  L I S T

ACCOUNT CODE : 1101
DESCRIPTION : GENERAL BANK
CHECK DATE : 07/22/2004
CHECK NUMBER : 089391
CHECK AMOUNT : $ 10.56

PAYEE NAME : CLERK U S DISTRICT COURT - MINNESOTA
PAYEE ADDRESS : 300 S 4TH STREET RM 202

MINNEAPOLIS, MN 55415

CV02-416

| SUB ACNT | AMOUNT | NUMBER | SEQ | DATE | DESCRIPTION | INFORMATION NUMBER | ORIGINAL AMOUNT | DOC #/ ACCOUNT | OFFENDER NAME / ACCOUNT DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| REG | 0.32 | 007014421 | 089 | 06/03/2004 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 1.60 | 00285986 | MOORE,LEROY |
| REG | 0.40 | 007052487 | 514 | 06/16/2004 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 2.00 | 00285986 | MOORE,LEROY |
| REG | 0.32 | 007052991 | 060 | 06/16/2004 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 1.60 | 00285986 | MOORE,LEROY |
| REG | 0.80 | 007092829 | 520 | 06/30/2004 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 4.00 | 00285986 | MOORE,LEROY |
| REG | 0.24 | 007130255 | 435 | 07/14/2004 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 1.20 | 00285986 | MOORE,LEROY |
| REG | 0.48 | 007131682 | 475 | 07/14/2004 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 2.40 | 00285986 | MOORE,LEROY |
| REG | 8.00 | 007154256 | 027 | 07/22/2004 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 40.00 | 00285986 | MOORE,LEROY |