Mon Sep 13 14:04:12 2004

CV02-416

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 276610
Cashier sheri

Check Number: 090066

| DO Code | Div No |
|---|---|
| 4641 | 4 |

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:5100PL | AR | 2 | 3.17 |
| 2:0869PL | AR | 2 | 6.98 |

Total Amount $ 10.15

LEROY MOORE 0:02-CV-416/PAID BY STATE OF WISCONSIN CORREC INST

SUBSEQUENT PAYMENT OF FILING FEE

SCANNED
SEP 20 2004
U.S. DISTRICT COURT ST. PAUL

09/09/2004 13:16
DOCBEO

WISCONSIN DEPARTMENT OF CORRECTIONS
GREEN BAY CORRECTIONAL INSTITUTION



# C H E C K S T U B S U P P L E M E N T A L L I S T

ACCOUNT CODE : 1101
DESCRIPTION : GENERAL BANK
CHECK DATE : 09/09/2004
CHECK NUMBER : 090066
CHECK AMOUNT : $ 10.15

PAYEE NAME : CLERK U S DISTRICT COURT - MINNESOTA
PAYEE ADDRESS : 300 S 4TH STREET RM 202

MINNEAPOLIS, MN 55415

| SUB ACNT | AMOUNT | NUMBER | SEQ | DATE | DESCRIPTION | INFORMATION NUMBER | ORIGINAL AMOUNT | DOC #/ ACCOUNT | OFFENDER NAME / ACCOUNT DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| REG | 0.80 | 007169030 | 505 | 07/27/2004 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 4.00 | 00285986 | MOORE,LEROY |
| REG | 1.82 | 007206337 | 059 | 08/10/2004 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 9.10 | 00285986 | MOORE,LEROY |
| REG | 0.40 | 007210986 | 499 | 08/11/2004 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 2.00 | 00285986 | MOORE,LEROY |
| REG | 3.49 | 007251400 | 064 | 08/25/2004 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 18.20 | 00285986 | MOORE,LEROY |
| REG | 3.64 | 007285857 | 068 | 09/08/2004 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 18.20 | 00285986 | MOORE,LEROY |

RECEIVED
BY U.S. MAIL
2004 SEP 13 AM 9:38
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN