Mon Dec 6 12:08:05 2004

UNITED STATES DISTRICT COURT

MPLS, MN

CV 02-416 JNE/FLN

Receipt No. 400 278063
Cashier sheri

Tender Type CHECK

Check Number: B091390

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 0869PL |

Amount $ 10.56

LEROY MOORE 02-CV-416/PAID BY STATE OF W
I-GREEN BAY CORRECTIONAL

SUBSEQUENT PAYMENT OF FILING FEE

SCANNED
DEC 07 2004 JEM
U.S. DISTRICT COURT ST. PAUL