Tue Jan 18 14:16:03 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 279437
Cashier sheri

Tender Type CHECK

Check Number: 092064

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 0869PL |

Amount $ 10.20

LEROY MOORE 0:02-CV-416/PAID BY STATE OF WI GREEN BAY CORREC.

SUBSEQUENT PAYMENT OF FILING FEE

SCANNED
JAN 24 2005
U.S. DISTRICT COURT MPLS

[accrecv] CFS-1 V8.2 -- Minnesota 18 JAN 2005 - 13:23
[I]NQUIRE Accounts Receivable Maintenance

PAYOR NUMBER : 396788946 NAME :
INVOICE NUMBER: 200416 ADDR1 :
ADDR2 :
CITY : ST: ZIP:
DIVISIONAL OFFICE: 0 IF NO DIVISIONAL OFFICES, ENTER "1"
TYPE OF SERVICE: PL DESC:

OFFICE: FY: 02 FUND: 0869PL
BUDGET ORG: BUDGET OBJ CLASS:

DATE OF SERVICE: 03/19/02
LATEST RECEIPT NUMBER: 40027806301
LATEST RECEIPT DATE : 12/06/04

| | |
|---|---|
| TOTAL AMT OWED: | 60.00 |
| LATEST PAYMENT: | 10.56 |
| TOTAL AMT PAID: | 17.54 |
| BALANCE OWED : | 42.46 |

[N]EXT, [P]REVIOUS, [S]TOP
searched: 1406 selected: 2 current: 2

CHECK STUB SUPPLEMENTAL LIST

ACCOUNT CODE : 1101
DESCRIPTION : GENERAL BANK
CHECK DATE : 01/13/2005
CHECK NUMBER : 092064
CHECK AMOUNT : $ 10.20

PAYEE NAME : CLERK U S DISTRICT COURT
PAYEE ADDRESS : ATTN: FINANCIAL UNIT 300 FOURTH ST S.
SUITE: 202
MINNEAPOLIS, MN 55415

| SUB ACNT | AMOUNT | NUMBER | SEQ | DATE | DESCRIPTION | INFORMATION NUMBER | ORIGINAL AMOUNT | DOC #/ ACCOUNT | OFFENDER NAME / ACCOUNT DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| REG | 3.64 | 007558976 | 066 | 12/15/2004 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 18.20 | 00285986 | MOORE,LEROY |
| REG | 3.28 | 007598216 | 071 | 12/29/2004 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 16.38 | 00285986 | MOORE,LEROY |
| REG | 3.28 | 007634723 | 069 | 01/12/2005 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 16.38 | 00285986 | MOORE,LEROY |

RECEIVED
BY MAIL
JAN 13 2005
CLERK US DIST COURT
MINNEAPOLIS MN