Mon Feb 28 10:53:57 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 208868
Cashier sheri

Tender Type CHECK

Check Number: 092727

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 0869PL |

Amount $ 9.10

LEROY MOORE 0:02-CV-416/PAID BY STATE OF
WI GREEN BAY CORRECTIONAL

SUBSEQUENT PAYMENT OF FILING FEE

SCANNED
FEB 28 2005
U.S. DISTRICT COURT MPLS

02/24/2005 13:34 WISCONSIN DEPARTMENT OF CORRECTIONS 
DOCBEO GREEN BAY CORRECTIONAL INSTITUTION CACHKSE

C H E C K S T U B S U P P L E M E N T A L L I S T

ACCOUNT CODE : 1101
DESCRIPTION : GENERAL BANK
CHECK DATE : 02/24/2005
CHECK NUMBER : 092727
CHECK AMOUNT : $ 9.10

PAYEE NAME : CLERK U S DISTRICT COURT
PAYEE ADDRESS : ATTN: FINANCIAL UNIT 300 FOURTH ST S.
SUITE: 202
MINNEAPOLIS, MN 55415

| SUB ACNT | AMOUNT | NUMBER | SEQ | DATE | DESCRIPTION | INFORMATION NUMBER | ORIGINAL AMOUNT | DOC #/ ACCOUNT | OFFENDER NAME / ACCOUNT DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| REG | 3.28 | 007672472 | 073 | 01/26/2005 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 16.38 | 00285986 | MOORE, LEROY |
| REG | 3.64 | 007712839 | 075 | 02/08/2005 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 18.20 | 00285986 | MOORE, LEROY |
| REG | 2.18 | 007756364 | 087 | 02/23/2005 | WITHHOLDING - FEDERAL COURT FILING FEES | CV-02-416 DW | 10.92 | 00285986 | MOORE, LEROY |

RECEIVED
BY U.S. MAIL
2005 FEB 28 AM 9:31
U.S. DIST COURT
MINNEAPOLIS, MN

[accrecv] CFS-1 V8.2 -- Minnesota 28 FEB 2005 - 10:22
[I]NQUIRE Accounts Receivable Maintenance

PAYOR NUMBER : 396788946 NAME :
INVOICE NUMBER: 200416 ADDR1 :
ADDR2 :
CITY : ST: ZIP:
DIVISIONAL OFFICE: 0 IF NO DIVISIONAL OFFICES, ENTER "1"
TYPE OF SERVICE: PL DESC:

OFFICE: FY: 02 FUND: 0869PL
BUDGET ORG: BUDGET OBJ CLASS:

DATE OF SERVICE: 03/19/02
LATEST RECEIPT NUMBER: 40027943701
LATEST RECEIPT DATE : 01/18/05

TOTAL AMT OWED: 60.00
LATEST PAYMENT: 10.20
TOTAL AMT PAID: 27.74
BALANCE OWED : 32.26
[N]EXT, [P]REVIOUS, [S]TOP
searched: 1436 selected: 2 current: 2