02-CV-416

Tue Sep 6 14:48:29 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 286862
Cashier sheri

Tender Type CHECK

Check Number: 223614

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 0869PL |

Amount $ 12.60

LEROY MOORE 0:02-CV-416/PAID BY STATE OF WI STANELY CORRECT INST

SUBSEQUENT PAYMENT OF FILING FEE

SCANNED
SEP 0 8 2005
U.S. DISTRICT COURT ST. PAUL

YS

```
[accrecv]              CFS-1 V8.2 -- Minnesota              6 SEP 2005 - 12:34
[I]NQUIRE                Accounts Receivable Maintenance

PAYOR NUMBER   : 396788946        NAME    :
INVOICE NUMBER: 200416            ADDR1   :
                                  ADDR2   :
                                  CITY    :                  ST:   ZIP:
DIVISIONAL OFFICE: 0          IF NO DIVISIONAL OFFICES, ENTER "1"
TYPE OF SERVICE: PL    DESC:

OFFICE:      FY: 02    FUND: 0869PL
BUDGET ORG:            BUDGET OBJ CLASS:

DATE OF SERVICE: 03/19/02
LATEST RECEIPT NUMBER: 40028086801
LATEST RECEIPT DATE  : 02/28/05

TOTAL AMT OWED:            60.00
LATEST PAYMENT:             9.10
TOTAL AMT PAID:            36.84
BALANCE OWED  :            23.16
 [N]EXT, [P]REVIOUS, [S]TOP
 searched:   1520 selected:      2 current:     2
```

# AGGREGATED CHECK STUB SUPPLEMENTAL LIST

BANK ACCOUNT : 1101 GENERAL BANK
CHECK DATE : 08/31/2005
CHECK NUMBER : 223614
CHECK AMOUNT : $ 12.60
ACCOUNT CODE : 2609 FILING FEES PAYABLE

PAYEE NAME : CLERK U S DISTRICT COURT
PAYEE ADDRESS : ATTN: FINANCIAL UNIT 300 FOURTH ST S.
SUITE: 202
MINNEAPOLIS, MN 55415

| DOC# | OFFENDER NAME | INFORMATION NUMBER | AMOUNT |
|---|---|---|---|
| 00285986 | MOORE, LEROY | CV-02-416 DW | 12.60 |

RECEIVED BY U.S. MAIL
2005 SEP -6 AM 9:45
U.S. DIST COURT MINNEAPOLIS, MN